IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | )<br>)<br>) |
| VS. | )  CR. NO. 05-20190-D<br>) |
| COREY C. HAYES<br>    Defendant. | )<br>)<br>) |

### ORDER ON CHANGE OF PLEA
### AND <u>SETTING</u>

   This cause came on to be heard on October 26, 2005, the United States Attorney for this district, Camille Reese McMullen, appearing for the Government and the defendant, Corey C. Hayes, appearing in person and with counsel, Lorna S. McClusky, who represented the defendant.

   With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 1 and 2 of the Indictment.

   Plea colloquy was held and the Court accepted the guilty plea.

   **SENTENCING** in this case is **SET** for **MONDAY, JANUARY 23, 2006, at 1:30 P.M., before Judge Bernice B. Donald.**

   Defendant is remanded to the custody of the U. S. Marshal.

   **ENTERED** this the 27th day of October, 2005.

                                    BERNICE B. DONALD
                                    UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:05-CR-20190 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Bernice Donald
US DISTRICT COURT